RECEIVED

JUN - 8 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

JOHANNES RICK, ET AL                   CIVIL ACTION 08-2013

VERSUS                                 JUDGE DOHERTY

WOMEN'S AND CHILDREN'S                 MAGISTRATE JUDGE HANNA
HOSPITAL, ET AL

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for his

Report and Recommendation. After an independent review of the record, the applicable

jurisprudence, and the report of the magistrate judge, to which no objection was filed, this

court concludes that the findings and recommendations of the magistrate judge are correct

and adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** defendants' motions to dismiss (rec. docs. 12, 19 and 21) are

**GRANTED** and this matter is **DISMISSED** without prejudice for lack of subject matter

jurisdiction.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _8_

day of _June_, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE